IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY HUDSON and**  **PLAINTIFFS**
**JAMES HOLMES**

v.  CASE NO. 4:19-CV-00792-BSM

**CLARENCE THORNTON, JR.** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the jury verdict returned on May 24, 2022, plaintiffs' motion to amend the trademark registration [Doc. No. 42] is granted. The United States Patent and Trademark Office is ordered to amend U.S. Trademark Registration No. 5616608 to name the owners as Larry Hudson, James Holmes, Clarence Thornton, and Johnnie Huddleston. 15 U.S.C. § 1119. The Arkansas Secretary of State is directed to cancel trademark number 811217161. Ark. Code. Ann.§ 4-71-209. This judgment is stayed pending any appeal.

IT IS SO ORDERED this 21st day of June, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE